**C. J. VAN BOVEN, Appellant, v. UNITED STATES of America.**
No. 12355.

Circuit Court of Appeals, Eighth Circuit.
Dec. 10, 1942.

Sam J. Levy, of Minneapolis, Minn., for appellant.

Victor E. Anderson, U. S. Atty., and John W. Graff, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER ·CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

**Ellis H. WARREN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**
No. 9230.

Circuit Court of Appeals, Sixth Circuit.
Dec. 17, 1942.

Benjamin E. Jaffe and R. M. O'Hara, both of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, Gerald L. Wallace, and Edward H. Hammond, all of Washington, D. C., for respondent.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

This case having been considered upon the record and upon the briefs and oral argument of the attorneys for the parties, and the court being of the opinion that Helvering v. R. Douglas Stuart, 63 S.Ct. 140, 87 L.Ed. ——, decided by the Supreme Court of the United States on November 16, 1942, is decisive of the issue presented here, it is ordered that the judgment of the Tax Court of the United States (formerly the United States Board of Tax Appeals), 45 B.T.A. 379, be and hereby is affirmed.

**William C. WHITWER, Appellant, v. John W. SMITH, Creditor.**
No. 12390.

Circuit Court of Appeals, Eighth Circuit.
Dec. 21, 1942.

M. O. Cunningham, of Omaha, Neb., George B. Clark, of Chambers, Neb., and William Lemke, of Fargo, N. D., for appellant.

William W. Graham, of Omaha, Neb., and Moyer & Moyer, of Madison, Neb., for appellee.

PER CURIAM.

Appeal from District Court, In re Whitwer, 44 F.Supp. 466, dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant and consent of appellee.

**Arthur L. WILLIAMS, Appellant, v. UNITED STATES of America, Appellee.**
No. 9245.

Circuit Court of Appeals, Sixth Circuit.
Dec. 1, 1942.

John W. Hilldrop, of Nashville, Tenn., for appellant.

Horace Frierson, Jr., of Nashville, Tenn., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the record and briefs and arguments of counsel, and it appearing that the court did not abuse its discretion in recalling the Government's witness Smallwood and having him repeat his testimony after both sides had rested the case, and it further appearing that there is otherwise no reversible error upon the record, it is ordered and adjudged that the judgment appealed from be and the same is in all things affirmed.